# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126255 & (93)

LACY HARTER, and MIKE McCLELLAND,
individually and in their capacity as co-personal
representatives of the ESTATE OF KEGAN
McCLELLAND,
         Plaintiffs-Appellees,

v

GRAND AERIE FRATERNAL ORDER OF
EAGLES,
         Defendant-Appellant,
and

HOWELL AERIE # 3607 FRATERNAL ORDER
OF EAGLES, MICHIGAN STATE AERIE
FRATERNAL ORDER OF EAGLES, INEZ D.
BARTON TRUST, HARRIS SEPTIC CLEANING
AND ALWAYS CLEAN PORTABLE TOILETS,
INC., DALE HARRIS, D & J GRAVEL CO., INC.,
and AMERICAN CONCRETE PRODUCTS, INC.,
         Defendants.

_____

SC: 126255
COA: 244689
Livingston CC: 00-017892-NO

        On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered, and IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2006

_____
Clerk